UST-3 PHX/PCT/FLG, 4-01

BRIAN J. MULLEN
Bankruptcy Trustee
P.O. Box 32247
Phoenix, AZ  85064
(602) 283-4468

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| MCNEW, CAROLE VEE ) | Case No. 13-12346-PHX-SSC |
| ) | |
| ) | NOTICE OF TRUSTEE'S INTENT |
| ) | TO ABANDON PROPERTY |
| ) | |
| Debtor(s) ) | |
| ) | |

NOTICE IS GIVEN that <u>BRIAN J. MULLEN</u>, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate:

Real Property at 2237 S. Orange, Mesa AZ  85210

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice.  The date can be obtained by a review of the court docket.  The objection shall be filed with CLERK OF THE COURT, US BANKRUPTCY COURT, 230 N. 1ST AVE., SUITE 101, PHOENIX, AZ  85003-1727. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: <u>BRIAN J. MULLEN, Bankruptcy Trustee, P.O. Box 32247, Phoenix, AZ  85064</u>
ATTORNEY FOR TRUSTEE:

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

<u>September 27, 2013</u>           <u>/s/ Brian J. Mullen</u>
Date                                              BRIAN J. MULLEN, Trustee